UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00445-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRANDON M. ARCHULETA,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release will be held on **March 2, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 21st day of November, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge